**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | |
|---|---|
| Amy Milionis, individually and as class representative, | Case No. 8:22-cv-01743-JDA |
| Plaintiff, | |
| v. | **MOTION FOR LEAVE TO AMEND COMPLAINT** |
| United Services Automobile Association, Professional Surveillance & Investigation, Inc., Veracity Research Co., LLC, | |
| Defendants. | |

Plaintiff, by and through her undersigned counsel, and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, respectfully requests this Court to grant leave to amend the Complaint in this matter. A copy of the Amended Complaint is attached as Exhibit 1. Plaintiff has consulted counsel for Defendants who objects to the amendment. Because no prejudice to any party would result from the amendment, leave to amend should be granted. *See* Rule 15(a)(2) ("The court should freely give leave when justice so requires."). In support of this motion, Plaintiff respectfully submits the following:

1. The proposed amendment removes Defendant ABC Corporation and Defendant John Does and adds Veracity Research Co., LLC as party defendant.

2. The proposed amendment does not materially change the factual allegations or causes of action already asserted.

3. The proposed amendment is solely for the purpose of adding the party defendant, Veracity Research Co., LLC, which was an entity performing medical canvassing in South Carolina during the class period.

4. By rule, leave to amend should be given freely and where, as here, justice requires it. *See* Fed. R. Civ. P. 15(a)(2). *Laber v. Harvey*, 438 F.3d 404, 426 (4th Cir. 2006) ("Rule 15(a) directs that leave to amend 'shall be freely given when justice so requires.' This liberal rule gives effect to the federal policy in favor of resolving cases on their merits instead of disposing of them on technicalities.").

5. No prejudice would result to any party by the amendment, and the amendments are warranted, and are reasonable and are advanced in the interests of justice.

6. Plaintiff has consulted with counsel for defendants in good faith and requested consent to the amendment as required by Local Rule 7.02, but counsel for defendants have objected to the amendment.

Plaintiff respectfully requests the Court enter an Order permitting Plaintiff to file the attached first amended complaint under Rule 15 of the Federal Rules of Civil Procedure.

Respectfully submitted,

**RICHARDSON THOMAS, LLC**

By:     _s/Chris Moore_____
Chris Moore (FBN 10445)
Will Lewis
1513 Hampton Street
Columbia, SC 29201
T: 803.281.8150
Chris@richardsonthomas.com
Will@richardsonthomas.com

**WHITE, DAVIS & WHITE LAW FIRM, P.A.**
Kyle J. White

Drew Bradshaw
White, Davis &White Law Firm, P.A.
Post Office Box 1346 (29622)
209 E. Calhoun Street (29621)
Anderson, South Carolina
Telephone: (864) 231-8090
Facsimile: (864) 231-8006
kyle@wdwlawfirm.com
drew@wdwlawfirm.com

**GOODING & GOODING, P.A.**
Mark Tinsley
265 Barnwell Highway
Allendale, South Carolina 29810
mark@goodingandgooding.com
T: 803.584.7676

February 16, 2024